UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:
DANIEL J. STRICKLAND                           CASE NO. 19-21083
AND
SHARON K. STRICKLAND
DEBTORS                                        CHAPTER 7

### ORDER ON MOTION TO CONVERT

Debtors, through counsel, having filed a Motion to Convert their current Chapter 7 case to a case under Chapter 13, and no Objections being filed;
IT IS HEREBY ORDERED that this case be converted to Chapter 13.

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Monday, October 28, 2019
(tnw)