# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:    Daniel J Strickland                                           XXX-XX-6513
          Sharon K Strickland                                           XXX-XX-1791
          7048 CURTIS AVE.
          Florence, KY  41042

                                                          Case Number: 19-21083

## NOTICE OF ALLOWANCE OF CLAIMS

The Chapter 13 Trustee gives notice to the creditors listed below, debtor, and debtor's counsel, of the allowance of claims as follows.  To the extent the allowance of claims contradicts the treatment of any claim in the confirmed plan, this Notice shall constitute a modification of the plan pursuant to 11 U.S.C. 1329.  Any objection must be filed within 30 days from the date of this Notice, served on the trustee, and set for hearing.

At this time the trustee estimates that general unsecured creditors will receive 6.00% of the amount of their allowed claims.

### Schedule of Claims

| ID | Creditor Name | Claim Amount | Claimed Amount |
|----|---------------|--------------|----------------|
| 5 | AMERICAN FINANCIAL RESOURCES INC<br>% LOANCARE LLC<br>3637 SENTARA WAY<br>VIRGINIA BEACH, VA  23452 | $149,196.78<br>Relief Granted | MTG DEBTOR DIRECT PAY<br>Interest Rate:    0.00<br>Acct No: 1707<br><br>16-1<br>Mortgage Property Address:<br>5230 North 50 East,<br>Shelbyville, IN 46176 |
| 43 | ATLAS ACQUISITIONS LLC<br>492C Cedar Lane - Ste 442<br>Teaneck, NJ  07666 | $272.33 | UNSECURED<br>Interest Rate:    0.00<br>Acct No: JC83<br><br>9-1 Security Credit Services |
| 44 | ATLAS ACQUISITIONS LLC<br>492C Cedar Lane - Ste 442<br>Teaneck, NJ  07666 | $187.88 | UNSECURED<br>Interest Rate:    0.00<br>Acct No: MXFK<br><br>10-1 Security Credit Services |
| 45 | ATLAS ACQUISITIONS LLC<br>492C Cedar Lane - Ste 442<br>Teaneck, NJ  07666 | $277.42 | UNSECURED<br>Interest Rate:    0.00<br>Acct No: 9H28<br><br>11-1 Security Credit Services |

## Schedule of Claims

| ID | Creditor Name | Claim Amount | Claimed Amount |
|----|---------------|--------------|----------------|
| 46 | ATLAS ACQUISITIONS LLC<br>492C Cedar Lane - Ste 442<br>Teaneck, NJ  07666 | $282.01 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 9Q2K<br><br>12-1 Security Credit Services |
| 4 | BYRIDER FINANCE LLC<br>% CNAC<br>ATTN: BANKRUPTCY DEPT<br>12802 HAMILTON CROSSING BLVD<br>CARMEL, IN  46032 | $15,874.18 | VEHICLE CLAIM<br>Interest Rate:   7.50<br>Acct No: 1826<br><br>2-1:  2010 Ford Edge |
| 3 | CAPITAL ONE BANK USA NA<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $1,777.59 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 5030<br><br>3-1 |
| 34 | CAPITAL ONE BANK USA NA<br>4515 N Santa Fe Ave<br>Oklahoma City, OK  73118 | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:   0.00<br>Acct No: |
| 23 | CITIBANK NA<br>6716 Grade Ln Blg 9 Ste 910-PY DEPT<br>Louisville, KY  40213-3439 | $4,748.47 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 2602<br><br>15-1 Sears |
| 50 | CITIBANK NA<br>5800 S Corporate Place<br>Sioux Falls, SD  57108-5027 | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:   0.00<br>Acct No: |
| 28 | ECMC<br>P O BOX 16478<br>LOCKBOX #8682<br>ST PAUL, MN  55116-0478 | $7,641.03 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 6513<br><br>13-1 |
| 48 | EDUCATIONAL CREDIT MGMT CORP<br>% ECMC<br>P O BOX 16408<br>ST PAUL, MN  55116-0408 | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:   0.00<br>Acct No: |

**Schedule of Claims**

| ID | Creditor Name | Claim Amount | Claimed Amount |
|----|---------------|--------------|----------------|
| 37 | KENTUCKY DEPARTMENT OF REVENUE<br>LEGAL BRANCH - BKTCY SECTION<br>P O BOX 5222<br>FRANKFORT, KY  40602 | $237.44 | PRIORITY NON-ADMINISTRATIVE<br>Interest Rate:   0.00<br>Acct No: 6513<br><br>4-1:  2017 |
| 38 | KENTUCKY DEPARTMENT OF REVENUE<br>LEGAL BRANCH - BKTCY SECTION<br>P O BOX 5222<br>FRANKFORT, KY  40602 | $3,008.94 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 6513<br><br>4-1:  2013, 2015 |
| 47 | LERNER SAMPSON & ROTHFUSS<br>VIA ECF<br>, | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:   0.00<br>Acct No: |
| 0 | MONOHAN, EDWARD S V<br>MONOHAN & BLANKENSHIP<br>7711 EWING BLVD    STE 100<br>FLORENCE, KY  41042 | $0.00 | ATTORNEY FEE<br>Interest Rate:   0.00<br>Acct No: |
| 42 | PORTFOLIO RECOVERY ASSOC<br>P O BOX 41067<br>NORFOLK, VA  23541-1067 | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:   0.00<br>Acct No: |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>P O BOX 12914<br>NORFOLK, VA  23541 | $2,141.85 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 6227<br><br>18-1  Judgment lien-Walmart/Boone County |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>P O BOX 12914<br>NORFOLK, VA  23541 | $2,005.66 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 2972<br><br>17-1  Judgment lien-Citibank/Boone County |
| 41 | PORTFOLIO RECOVERY ASSOCIATES<br>P O BOX 12914<br>NORFOLK, VA  23541 | $258.99 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 5203<br><br>7-1 JCP |

**Schedule of Claims**

| ID | Creditor Name | Claim Amount | Claimed Amount |
|----|---------------|--------------|----------------|
| 22 | PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $436.79 | UNSECURED<br>Interest Rate: 0.00<br>Acct No: 7231<br><br>14-1 |
| 49 | PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 7999<br>ST CLOUD, MN  56302-9617 | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate: 0.00<br>Acct No: |
| 36 | T-MOBILE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK  73118 | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate: 0.00<br>Acct No: |
| 35 | T-MOBILE/T-MOBILE USA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 248848<br>OKLAHOMA CITY, OK  73124-8848 | $95.49 | UNSECURED<br>Interest Rate: 0.00<br>Acct No: 5390<br><br>5-1 |
| 27 | TOYOTA MOTOR CREDIT CORP<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355-0701 | $16,289.54 | UNSECURED<br>Interest Rate: 0.00<br>Acct No: 3562<br><br>8-1:  Deficiency Balance-2014 Toyota Prius |
| 9 | TOYOTA MOTOR CREDIT CORPORATION<br>P O BOX 9490<br>CEDAR RAPIDS, IA  52409 | $4,272.97 | VEHICLE CLAIM<br>Interest Rate: 7.50<br>Acct No: 2426<br><br>6-1:  2014 Toyota Prius |
| 39 | TOYOTA MOTOR CREDIT CORPORATION<br>P O BOX 9013<br>ADDISON, TX  75001 | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate: 0.00<br>Acct No: |

**Schedule of Claims**

| ID | Creditor Name | Claim Amount | Claimed Amount |
|---|---|---|---|
| 1 | US BANK NA<br>% RUSHMORE LOAN MGMNT SRVCS LLC<br>P O BOX 52708<br>IRVINE, CA  92619-2708 | $89,312.59<br>Paid Outside per Plan | MTG DEBTOR DIRECT PAY<br>Interest Rate:   0.00<br>Acct No: 9898<br><br>1-4<br>Mortgage Property Address:<br>7048 Curtis Ave,<br>Florence, KY 41042 |
| 2 | US BANK NA<br>% RUSHMORE LOAN MGMNT SRVCS LLC<br>P O BOX 55004<br>IRVINE, CA  92619-2708 | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:   0.00<br>Acct No: |
| 40 | US BANK NA<br>% RUSHMORE LOAN MGMNT SRVCS LLC<br>P O BOX 52708<br>IRVINE, CA  92619-2708 | $9,444.34 | PRE-PETITION ARREARAGE<br>Interest Rate:   0.00<br>Acct No: 9898<br><br>1-4<br>Linked Mortgage Property Address (Claim 1):<br>7048 Curtis Ave,<br>Florence, KY 41042 |
| 33 | WELTMAN WEINBERG & REIS CO LPA<br>VIA ECF<br>, | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:   0.00<br>Acct No:<br><br>Byrider Finance LLC dba CNAC |

Date:  5/21/2021

/s/ BEVERLY M. BURDEN, TRUSTEE

Beverly M. Burden, Chapter 13 Trustee
P O Box 2204
Lexington, KY  40588-2204
notices@ch13edky.com
859-233-1527